UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

BRIAN KATZENBERGER,
Debtor.
_______________________________________/

Case No. 24-21033-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

DESIRAE DUPUIS and MICHAEL DUPUIS,

Plaintiffs,

v.

BRIAN KATZENBERGER,

Defendant.
_______________________________________/

Adversary Proceeding
Case No. 24-2033-dob

ORDER REGARDING TRIAL OPINION

For the reasons stated in the Court's Trial Opinion entered contemporaneously with this Order;

WHEREFORE, IT IS HEREBY ORDERED that the Court rules in favor of Defendant Brian Katzenberger and against Plaintiffs Desirae Dupuis and Michael Dupuis on the remaining Counts of the Complaint: Count II, Objection to Dischargeability of Debt pursuant to 11 U.S.C. § 523(a)(6); and Count III, Objection to Discharge pursuant to 11 U.S.C. § 727(a)(4)(A) and § 727(a)(4)(D); all other counts having been abandoned/dismissed through the Joint Final Pretrial Order entered on January 29, 2026.

**Signed on September 30, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**